■ 17 East Owners Corp., Appellant, v Madison 96th Associates, LLC, Respondent, et al., Defendant. (And Another Action.) [42 NYS3d 805]—Appeal from order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered June 11, 2015, which, to the extent appealed from as limited by the briefs, granted the in limine motion of defendant Madison 96th Associates, LLC to preclude the testimony of Frank Luzi, P.E., unanimously dismissed, without costs.

No appeal lies from an evidentiary ruling made before trial, either by right or by permission (*see Matter of Grusetz*, 248 AD2d 618 [1st Dept 1998]). Such a ruling is reviewable only in connection with an appeal from the judgment rendered after trial (*see Weatherbee Constr. Corp. v Miele*, 270 AD2d 182 [1st Dept 2000]). Concur—Mazzarelli, J.P., Sweeny, Richter, Manzanet-Daniels and Feinman, JJ. ■